UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80885-CIV-RYSKAMP/VITUNAC

JANICE MURRAY,

       Plaintiff,

v.

PLAYMAKER SERVICES, LLC., a Florida
corporation, JOEL "BRILL" MAXWELL, an
individual, and WAY COOL PLAYGROUNDS,
INC.,

       Defendants.
_____/

## ORDER DENYING MOTION TO BIFURCATE AND MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before this Court upon Plaintiff's Motion to Bifurcate the Issues of Entitlement and Amount of Attorney's Fees and an alternative Motion for Extension of Time **[DE 81]** filed on December 17, 2007.  Defendants responded **[DE 82]** that same day.  Plaintiff requests that this Court Bifurcate the two issues presented in Defendants' motion for attorney's fees **[DE 76]**, the issue of entitlement to the fees versus the reasonableness and amount of fees.  She argues that she believes that Defendants are not entitled to fees but in order to properly respond, she must also rebut the reasonableness of their fees.  In order to address the second issue, she states that she must hire a fees expert.  To avoid this expense, she seeks a determination on entitlement before she hires a fees expert.

In response, Defendants correctly note that Local Rule 7.3 requires that a motion for fees address both entitlement and amount.  Moreover, this Court has ruled on hundreds of motions for

fees and has never bifurcated this issue. The question of entitlement and amount are routinely decided together without causing prejudice, confusion or inconvenience. *See*, Fed. R. Civ. Pro. 42(b). Moreover, Plaintiff has already sought and been awarded an extension of time to respond to the motion for fees. As such, no further extensions will be granted.

This Court would also like to address the issue of Plaintiff's failure to confer, which Defendants raised in their response to this motion. Without making a determination on the truth of this allegation, Plaintiff is reminded that this Court takes the responsibility to confer seriously. Plaintiff is admonished to take particular care in the future to ensure that the responsibility to confer is upheld.

Therefore, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's Motion to Bifurcate the Issues of Entitlement and Amount of Attorney's Fees and an alternative Motion for Extension of Time **[DE 81]** is DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 19 day of December, 2007.

                                                       /s/ Kenneth L. Ryskamp  
                                                     KENNETH L. RYSKAMP  
                                                     UNITED STATES DISTRICT JUDGE

Copies provided:  
All counsel of record